Jacqueline M. Weyand
**BUCHANAN INGERSOLL & ROONEY PC**
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, NJ 07102-4582
(973) 273-9800
*Attorneys for Plaintiff GPI, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GPI, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RAPSYS INCORPORATED d/b/a GEESE POLICE OF NAPERVILLE; and VIDMANTAS RAPSYS,<br><br>    Defendants. | Civil Action No.: 3:22-cv-4585 |

To the Clerk of the Court:

Please note the appearance of the undersigned as an attorney for Plaintiff in the above-captioned matter, and list the same undersigned as an attorney to be noticed in the CM/ECF system.

Signed:   　　　　　　　　　   */s/ Jacqueline M. Weyand*
　　　　　　　　　　　　　　　Jacqueline M. Weyand
　　　　　　　　　　　　　　　**BUCHANAN INGERSOLL & ROONEY PC**
　　　　　　　　　　　　　　　Incorporated in Pennsylvania
　　　　　　　　　　　　　　　550 Broad Street, Suite 810
　　　　　　　　　　　　　　　Newark, NJ 07102-4582
　　　　　　　　　　　　　　　(973) 273-9800
　　　　　　　　　　　　　　　Jacqueline.weyand@bipc.com

Dated:  October 10, 2023　　　　　　*Attorneys for Plaintiff GPI, LLC*