UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GPI, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RAPSYS INCORPORATED d/b/a GEESE POLICE OF NAPERVILLE; and VIDMANTAS RAPSYS,<br><br>    Defendants. | Civil Action No.: 3:22-cv-4585 |

**STIPULATION OF DISMISSAL OF COUNTERCLAIMS WITH PREJUDICE**

Plaintiff, GPI, LLC ("Plaintiff"), and Defendants, Rapsys Incorporated d/b/a Geese Police of Naperville and Vidmantas Rapsys (collectively, "Defendants"), through their undersigned counsel, hereby stipulate under Fed. R. Civ. P. 41(a)(1) that the First Counterclaim and Second Counterclaim asserted in Defendants' Amended Answer and Affirmative Defenses and Counterclaim, ECF No. 20, be dismissed with prejudice, with each party reserving their right to recover attorneys' fees and costs as allowable under their agreements or as otherwise permitted by law.

| BUCHANNAN INGERSOLL & ROONEY PC | GREENSPOON MARDER LLP |
|---|---|
| _/s/ Jacqueline M. Weyland_ | _Evan M. Goldman_ |
| Jacqueline M. Weyand, Esquire | Evan M. Goldman, Esquire |
| Buchanan Ingersoll & Rooney PC | Greenspoon Marder LLP |
| 550 Broad Street, Suite 810 | 1037 Raymond Boulevard, Suite 900 |
| Newark, NJ 07102-4582 | Newark, New Jersey 07102 |
| 973 424 5604 (o) | 732 456 8728 (o) |
| jacqueline.weyand@bipc.com | Evan.goldman@gmlaw.com |
| October 10, 2023 | October 10, 2023 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |