

Evan Goldman, Partner
One Riverfront Plaza
1037 Raymond Boulevard, Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8728
Email: evan.goldman@gmlaw.com

October 12, 2023

**<u>VIA ELECTRONIC FILING ONLY</u>**

Clerk of the Court
United States District Court for
the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    <u>**GPI, LLC v. Rapsys Incorporated, et al.**</u>
               **Civil Action No.: 3:22-cv-04585-MAS-TJB**

Dear Sir or Madam:

      The undersigned and law firm of Greenspoon Marder LLP represent Defendants, Rapsys Incorporated (i/p/a Rapsys Incorporated d/b/a Geese Police of Naperville) and Vidmantas Rapsys (collectively, "Defendants") in the above-referenced matter. I write to request an adjournment of the return date of Plaintiff's dispositive Motion for Permanent Injunction (the "Motion") pursuant to L. Civ. R. 7.1(d)(5).

      The original return date of November 6, 2023 has not been previously extended or adjourned. The new Motion return date is November 20, 2023, and Defendants' opposition will be due on November 6, 2023.

      Should the Court have any questions, please do not hesitate to contact my office.

      Very truly yours,

      GREENSPOON MARDER LLP

      */s/ Evan M. Goldman*

      EVAN M. GOLDMAN