

Evan Goldman, Partner
One Riverfront Plaza
1037 Raymond Boulevard, Suite 900
Newark, New Jersey 07102
Phone: 732.494.4800
Fax: 954.333.4222
Direct Phone: 732.456.8728
Email: evan.goldman@gmlaw.com

November 29, 2023

<u>*VIA ELECTRONIC FILING ONLY*</u>

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for
the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 6E
Trenton, New Jersey 08608

    Re:    <u>**GPI, LLC v. Rapsys Incorporated, et al.**</u>
              **Civil Action No.: 3:22-cv-04585-MAS-TJB**

Dear Judge Bongiovanni:

    The undersigned and law firm of Greenspoon Marder LLP represent Defendants, Rapsys Incorporated (i/p/a Rapsys Incorporated d/b/a Geese Police of Naperville) and Vidmantas Rapsys (collectively, "Defendants") in the above-referenced matter. As Your Honor is likely aware, presently pending before the Court is Plaintiff's Motion for Permanent Injunction (the "Motion") (ECF No. 43). In Defendants' opposition brief (the "Opposition"), dated November 6, 2023 (ECF No. 50), Defendants included a deposition transcript as Exhibit 10 (<u>see</u> ECF No. 50-11) (the "Deposition Transcript") to the undersigned's Declaration. Shortly after filing the Opposition, counsel for Plaintiff requested that the Deposition Transcript be sealed, as Plaintiff believed that it contained certain confidential information. After meeting and conferring, Plaintiff and Defendants have agreed to appropriate redactions to the Deposition Transcript. As such, the Defendants request leave to file the attached Exhibit A (the "Revised Deposition Transcript") in place of the original Deposition Transcript (i.e., ECF No. 50-11). Plaintiff does not take a position with respect to this request.

    If the Court requires anything further, please do not hesitate to contact my office.

                                                                                    Very truly yours,

                                                                                    GREENSPOON MARDER LLP

                                                                                    */s/ Evan M. Goldman*

                                                                                   EVAN M. GOLDMAN

cc:    All Counsel of Record (via electronic filing only)