

**COURT REPORTING**

**LEGAL VIDEOGRAPHY**

**VIDEOCONFERENCING**

**TRIAL PRESENTATION**

**MOCK JURY SERVICES**

**LEGAL TRANSCRIPTION**

**COPYING AND SCANNING**

**LANGUAGE INTERPRETERS**





**(800) 528-3335**

**N A E G E L I U S A . C O M**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

```
GPI, LLC,

          Plaintiff,

v.                              Case No. 23-cv-00729-LMB-JFA

DOUBLE D GOOSE CONTROL
LLC d/b/a GEESE POLICE
OF DC, DAVID S. MARCKS,
DOUGLAS MARCKS, and
MICHAEL GAY,

          Defendants.

_____
```

**DEPOSITION OF**

**DIANE MARCKS**

**TAKEN ON**
**MONDAY, OCTOBER 2, 2023**
**10:36 A.M.**

**VIRGINIA**

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 2

| | |
|---|---|
| 1 | **APPEARANCES** |
| 2 | |
| 3 | **On behalf of Plaintiff** |
| 4 | GRETCHEN L. JANKOWSKI, ESQUIRE |
| 5 | MATTHEW C. PILSNER, ESQUIRE |
| 6 | **BUCHANAN INGERSOLL & ROONEY, PC** |
| 7 | 501 Grant Street, Suite 200 |
| 8 | Pittsburgh, Pennsylvania  15219 |
| 9 | (412) 392-1649 |
| 10 | (412) 562-4041 (Fax) |
| 11 | gretchen.jankowski@bipc.com |
| 12 | matthew.pilsner@bipc.com |
| 13 | |
| 14 | **On behalf of Defendants** |
| 15 | MARYAM N. HADDEN, ESQUIRE |
| 16 | **PARLATORE LAW GROUP, LLP** |
| 17 | 260 Madison Avenue, 17th Floor |
| 18 | New York, New York  10016 |
| 19 | (212) 603-9918 |
| 20 | maryam.hadden@parlatorelawgroup.com |
| 21 | |
| 22 | **Also present** |
| 23 | Tim Garrett, videographer |
| 24 | Douglas Marcks |
| 25 | Jeremy Brown |

**NAEGELI**
DEPOSITION & TRIAL

(800) 528-3335
NAEGELIUSA.COM

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 3



```
 1                            INDEX

 2                                                    Page

 3

 4  EXAMINATION BY MS. HADDEN                          5

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 4



```
  1                         EXHIBITS

  2    Exhibit                                        Page

  3

  4                       (NONE MARKED)

  5

  6

  7

  8

  9

 10

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

Diane Marcks   October 2, 2023   NDT Assgn # 69078   Page 5

1              **DEPOSITION OF**

2              **DIANE MARCKS**

3               **TAKEN ON**

4        **MONDAY, OCTOBER 2, 2023**

5              **10:36 A.M.**

6

7          **THE VIDEOGRAPHER:**  We are on the record at

8   10:36.  The date is October 2, 2023.  This is the

9   beginning deposition of Diane Marcks.  Case caption

10  is GPI versus Double D Goose.

11          Will counsel introduces yourselves for the

12  record and state whom you represent.

13          **MS. JANKOWSKI:**  This is Gretchen

14  Jankowski, law firm of Buchanan Ingersoll & Rooney,

15  on behalf of the plaintiff.  And with me appearing

16  for a portion of this is my colleague, Matthew

17  Pilsner of the same law firm.

18          **MS. HADDEN:**  Maryam Hadden, Parlatore Law

19  Group, on behalf of the defendants.

20          **THE VIDEOGRAPHER:**  The court reporter will

21  now swear in the witness.

22  **DIANE MARCKS,** having been first duly sworn, was

23  examined and testified as follows:

24  **EXAMINATION**

25  **BY MS. HADDEN:**

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 7 of 70 PageID: 1610

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 6

```
 1        Q.   Ms. Marcks, I'm just going to remind you

 2   to speak slowly and clearly so that everybody can

 3   hear everything that you're saying.  If you're

 4   responding "yes" or "no" to a question, please use

 5   the words "yes" or "no."  Don't nod your head or

 6   shake your head.  Court reporters can't down things

 7   like "um-hum" or "uh-huh."

 8             So you need to be as clear as possible in

 9   your answers.

10             Do you understand?

11        A.   Yes.

12        Q.   Are you currently taking any medication or

13   any intoxicating substances or do you have any

14   physical condition that would affect your ability to

15   testify truthfully and accurately today?

16        A.   No.

17        Q.   One other thing.  It's important that we

18   try to not speak over each other, again, so that the

19   court reporter can take a clear record.  So please

20   let me finish all of my questions.  I'll do my best

21   to let you finish all of your answers. And that way

22   we'll have the clearest record possible.

23             If I ask you a question that you don't

24   understand, please let me know, and I'll try to

25   rephrase the question for you.  Do you understand?
```

Diane Marcks     October 2, 2023     NDT Assgn # 69078     Page 7

```
 1        A.    Yes.

 2        Q.    How many times have you been deposed

 3   before, Ms. Marcks?

 4        A.    I don't know.  Maybe three or four.

 5        Q.    Drawing your attention to the first time,

 6   were you a party or witness in that case?

 7        A.    Party.

 8        Q.    The second time that you were deposed,

 9   tell me a little bit about that case in your first

10   deposition.

11        A.    It would have been the purchasing of a

12   business in Manasquan, New Jersey.

13        Q.    Is that the Osprey or a different

14   business?

15        A.    The Osprey.

16        Q.    Were you the defendant or the plaintiff in

17   that case?

18        A.    The defendant.

19        Q.    Drawing your attention to the second time

20   that you were deposed, were you a party or a witness

21   in that case.

22        A.    I don't recall.

23        Q.    Do you recall what the case was about?

24        A.    A slip and fall probably.

25        Q.    Do you recall approximately when that was?
```

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 8

```
 1        A.   No.

 2        Q.   What about your third deposition, were you

 3   a party or a witness?

 4        A.   The same, slip and fall lawsuit in the

 5   Osprey.

 6        Q.   Were you a party to that suit or a witness

 7   in that suit?

 8        A.   A witness.

 9        Q.   Was the Osprey a party in that suit?

10        A.   Yes.

11        Q.   Do you recall when that was approximately?

12        A.   No.

13        Q.   Have you been deposed any other times?

14        A.   Yes.

15        Q.   Tell me about your next deposition. Were

16   you a party or a witness?

17        A.   A party.

18        Q.   And what was that case about?

19        A.   Geese Police.

20        Q.   Which of the Geese Police suits was that

21   in?

22        A.   The Ramsey.

23        Q.   So you were the plaintiff in that case?

24        A.   Yes.

25        Q.   How long ago approximately was that?
```

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 9

```
 1      A.    About six months ago.

 2      Q.    That case is still ongoing?

 3      A.    Yes.

 4      Q.    Have you been deposed in any of the other

 5 Geese Police litigations?

 6      A.    No.

 7      Q.    There are other Geese Police litigations;

 8 correct?

 9      A.    Yes.

10      Q.    Approximately how many suits do you have

11 ongoing as the plaintiff at this point?

12      A.    Three.

13      Q.    So this case, Vid Rapsys.  And what's the

14 third case?

15      A.    What's the third case?

16      Q.    That's what I'm asking you.  Who else are

17 you suing?

18      A.    Dave Swickard.

19      Q.    Has Geese Police brought any other suits

20 against other franchisees?

21      A.    No.

22      Q.    What about Elliott Warren in Maryland?

23      A.    Not yet to my knowledge.

24      Q.    How many suits has Geese Police brought

25 against franchisees and resolved at this point?
```

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 10

```
 1       A.    None.

 2       Q.    What about the case against Kathy

 3  Benedict?

 4       A.    That was before my time with Geese Police.

 5       Q.    So since you joined Geese Police, it's

 6  only been the three suits that you've described?

 7       A.    Yes.

 8            MS. JANKOWSKI:  Objection to form.

 9  BY MS. HADDEN:

10       Q.    Do you know anything about any of the

11  suits brought by Geese Police before you joined?

12            MS. JANKOWSKI:  Objection to form.

13            THE WITNESS:  No.

14  BY MS. HADDEN:

15       Q.    When is it that you joined Geese Police?

16       A.    2012.

17       Q.    What was your role when you first joined

18  Geese Police?

19       A.    Vice president.

20       Q.    Who was in that position before you?

21       A.    Diane Nevarez.

22       Q.    Did you take over directly from Diane

23  Nevarez, or were there any other individuals in

24  between the two of you?

25       A.    Not to my knowledge.
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

Diane Marcks   October 2, 2023   ND1 Assgn # 69078   Page 11

1      Q.   No one between the two of to your
2  knowledge?
3      A.   Not to my knowledge.
4      Q.   Prior to 2012 when you took over as VP of
5  Geese Police, you were running another business;
6  correct?
7      A.   Correct.

Case 3:22-cv-04585-MAS-TJB   Document 52-1   Filed 11/29/23   Page 12 of 69 PageID: 1859

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 13 of 70 PageID: 1616
Diane Marcks   October 2, 2023   NDT Assgn # 69078   Page 12

```
23        Q.   Now, going back to GPI, you said you
24   became the vice president in 2012.  For how long did
25   you hold the position of vice president?
```



NAEGELI DEPOSITION & TRIAL   (800)528-3335   NAEGELIUSA.COM

Diane Marcks   October 2, 2023   NDT Assgn # 69078   Page 13

```
 1        A.    Till my husband's passing January in
 2    January of '22.
 3        Q.    What were your duties and responsibilities
 4    as vice president?
 5        A.    Vague.  My husband ran the business
 6    basically.  I was there, just fill-in.
 7        Q.    When you say fill-in, were you interacting
 8    with the franchisees in any way?
 9            MS. JANKOWSKI:  I didn't hear that. Sorry.
10    You cut out.
11    BY MS. HADDEN:
12        Q.    Sure.  When you say fill-in, were you
13    interacting with the franchisees on a daily basis?
14        A.    No.
15        Q.    Were you interacting with employees on a
16    daily basis?
17        A.    No.
18        Q.    Were there any daily activities that you
19    undertook as vice president?
20        A.    No.  My husband was alive.
21        Q.    Okay.  Once your husband passed, what
22    position did you take?
23        A.    President.
24        Q.    Who took over the vice president position
25    at that point, or is there a vice president?
```

Diane Marcks   October 2, 2023   NDT Assgn # 69078   Page 14

 1      A.   My son.

 2      Q.   **What are your son's duties as vice**

 3 **president?**

 4      A.   To support the business and my decisions.

 5      Q.   **Would it be fair to say that the role of**

 6 **vice president remains fairly limited and it is the**

 7 **president who's running GPI; is that accurate?**

 8      A.   Yes.

 9      Q.   **Could you describe your duties and**

10 **responsibilities now that you are the president?**

11      A.   My duties are to see that the business is

12 solvent, run properly in the manner that my husband

13 ran the business, to take care of all the

14 responsibilities at the farm and in the office.

15      Q.   **Who's is in control of bank accounts for**

16 **GPI?**

17      A.   I have an accountant.

███████████████████████████████████████████████

████████████

███████████████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 15

███████████████

██████████████████

 3    Q.    Are there employees who are responsible

 4  for purchasing daily needs items for GPI?

 5    A.    My four managers, yes.

 6    Q.    Who would those four managers be?

 7    A.    Jeremy Brown, Joe Compton, Jesse Cottrell,

 8  and Brian Swirbel.

 9    Q.    So in terms of expenditures, you're

10  relying upon the four of those -- those four

11  individuals to use their best judgment in terms of

12  coming to you if there's anything beyond the

13  ordinary that's needed; is that correct?

14    A.    That's correct.

15    Q.    How many employees does GPI have?

16    A.    GPI?  Two.

17    Q.    Who are the two employees?

18    A.    Jeremy Brown and myself.

19    Q.    So the other three managers that you

20  mentioned would not qualify as employees of GPI?

21    A.    No.

22    Q.    How would you describe their positions?

23    A.    Their positions are with Geese Police,

24  Inc.

25    Q.    How did Geese Police, Inc. differ from

**NAEGELI**
DEPOSITION & TRIAL

**(800)528-3335**
NAEGELIUSA.COM

```
 1  GPI, LLC?

 2       A.   GPI is the franchisee end of Geese Police.

 3       Q.   So essentially, Geese Police, Inc. would

 4  service accounts, and GPI, LLC would deal with the

 5  franchisees; is that accurate?

 6       A.   That's accurate.
```

[redacted]

```
20       Q.   Are each of those dogs actively working,

21  in other words, working accounts daily?

22       A.   Yes.

23       Q.   Do you have any dogs or does Geese Police,

24  Inc. have any dogs reserved for franchisee purchase?

25       A.   Yes.
```

1   Q.   How many dogs are reserved for franchisee

2   purchase right now?

3   A.   Right now, one that I know of.

4   Q.   And is that dog actively working while

5   awaiting purchase?

6   A.   Yes.

██████████████████████████████████████

████████████████████████████

██████████████████████████████████████

10   Q.   So each of the dogs that you described are

11   dogs who were purchased while your husband was still

12   active?

13   A.   Yes.

14   Q.   The dog that is being -- that is working,

15   but is reserved for franchisee purchase, would that

16   dog be purchased by a franchisee from Geese Police,

17   Inc. or from Geese Police, LLC?

18   A.   Honestly I'm confused, but I believe it's

19   Geese Police.

20   Q.   Have you had any of the franchisees

21   requesting dogs?

22   A.   Yes.

23   Q.   How much does Geese Police or GPI sell

24   dogs to the franchisees for?

25   A.   That varies.

Case 3:22-cv-04585-MAS-TJB   Document 52-1   Filed 11/29/23   Page 18 of 69 PageID: 1865

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 19 of 70 PageID: 1622
Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 18

7   **MS. JANKOWSKI:**  You cut out again.  I did

8 not get that full question.

9   **MS. HADDEN:**  Sorry.

10   **MS. JANKOWSKI:**  That's okay.

11 **BY MS. HADDEN:**

22  Q.  What about equipment or supplies that's

23 sold to the franchisees?

24   Speaking first about uniforms, is there

25 any markup in the cost between GPI or Geese Police



```
 1    purchasing uniforms and the uniform being sold to a

 2    franchise?

 3         A.   No.

 4         Q.   What about pamphlets, advertisements,

 5    things like that, is there any cost to the

 6    franchisees for purchasing those items?

 7         A.   Repeat the question.

 8         Q.   Sure.  Pamphlets, advertisements, written

 9    descriptions of GPI's services, is there any cost to

10    franchisees for purchasing those items?

11         A.   There hasn't been any request, to my

12    knowledge.

13         Q.   Does Geese Police or GPI give any sort of

14    paraphernalia to franchisees, keychains, hats,

15    things along those lines?

16         A.   It's available to purchase.

17         Q.   Have you had any requests?

18         A.   No.

19         Q.   What about training, does GPI or Geese

20    Police provide training to franchisees?

21         A.   If they want it or need it, yes.

22         Q.   When you say need it, how would you know

23    whether or not a franchisee needs training?

24         A.   They request it.  If they're having a

25    situation they don't understand how to handle, yes,
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

Diane Marcks   October 2, 2023   NDT Assgn # 69078   Page 20

```
 1  they would -- there are management available to help

 2  them and to train them.

 3      Q.   That's a service that's offered on

 4  request.  It's not something that's mandated by

 5  either GPI or Geese Police; is that correct?

 6      A.   That's correct.

 7      Q.   Who would provide training services if a

 8  franchise were to request them?

 9      A.   Depending on the situation, if it was a

10  problem with a dog, Brian Swervel would most likely

11  handle the situation.

12          If it's customer related, Jeremy Brown or

13  Joe Cole might handle it. It varies.

14      Q.   Joe Cole or Joe Compton?

15      A.   Joe Compton.  I'm sorry.  It's a long

16  time.  I keep forgetting he's not with us.

17      Q.   When did Joel Cole leave Geese Police?

18      A.   He retired December or the end of December

19  of '21.

20      Q.   What were his duties and responsibilities

21  while he was still with the organization?

22      A.   Pardon me?

23      Q.   What were his duties and responsibilities

24  while he was still with the organization?

25      A.   He was a service manager.
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1      Q.    Who would he deal with on a regular basis?

2  You know, in other words, would he deal with

3  customers?  Would he deal with franchisees? Would he

4  deal with a mix?  What was he doing?

5      A.    Both.  He was available to the franchisees

6  if they had a question, a problem or needed help

7  till he became ill.

8      Q.    Does GPI or Geese Police do inspections of

9  any of the franchisees?

10     A.    I haven't, no.

11     Q.    Was your husband doing inspections when he

12  was still alive?

13     A.    He visited many of the franchisees, yes,

14  inspections.

15     Q.    What about more formal training as opposed

16  to on request?  Something along the lines of a

17  seminar or conference, was that offered by GPI or

18  Geese Police?

19     A.    Many years.  Lately, no, between COVID,

20  the shutdown, my husband's passing.  One was set up,

21  and we did not get the response to continue, and we

22  canceled it.

23     Q.    When was the last time a formal seminar

24  was held?

25     A.    I would have to say to my knowledge as I


NAEGELI
DEPOSITION & TRIAL
(800)528-3335
NAEGELIUSA.COM

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 22

```
 1  participated, 2012.
 2      Q.   So that was significantly before COVID;
 3  correct?
 4      A.   Yes.
 5      Q.   Does GPI or Geese Police provide a series
 6  of template forms for franchisees as they're
 7  onboarding, in other words, things like a handbook,
 8  insurance, how to do the books, anything along those
 9  lines?
10      A.   All that they received in the initial
11  training and contracting with the company.
12      Q.   Is that still available for someone who
13  were to start a new franchise now?
14      A.   Yes.
15      Q.   Who would be running that initial
16  training?
17      A.   We would have two to three different
18  managers in the different fields, one with the dogs,
19  one with the office, one with the books, et cetera.
20      Q.   Would that be the same four managers that
21  you named earlier, or is there anyone else who would
22  be involved in training a new franchise?
23      A.   My accountant.
```

Diane Marcks   October 2, 2023   NDT Assgn # 69078   Page 23

```
 1        Q.    So one of the things that you would offer
 2   would be support in how to set up the business end?
 3        A.    The books.
 4        Q.    The books.
 5        A.    Yes.
 6        Q.    Is that new to Geese Police or GPI?
 7        A.    No.
 8        Q.    Who provided that type of training before
 9   Alyssa Madison became involved?
10        A.    Diane Nevarez, Bill Cole, David Marcks, my
11   husband, Joe Compton.
12        Q.    I'm sorry.  I didn't mean to interrupt
13   you.
14        A.    That's all right.
15        Q.    Anyone else?
16        A.    At the time Joe Cole as well.
17        Q.    When you say at the time, what timeframe
18   are we talking about?
19        A.    Well, before he retired, he was there to
20   train, yes, on sales.
21        Q.    And Diane Nevarez left in 2012?
22        A.    I'm not -- approximately, yes.
23        Q.    What about Joe Compton, when did Joe
24   Compton join Geese Police or GPI?
25        A.    20 years ago.
```

Case 3:22-cv-04585-MAS-TJB   Document 52-1   Filed 11/29/23   Page 24 of 69 PageID: 1871

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 25 of 70 PageID: 1628
Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 24

1    Q.    Would it be fair to say that there was a

2  lengthy period of time where the franchises were

3  somewhat left on their own due to disarray at Geese

4  Police or GPI?

5         MS. JANKOWSKI:  Objection to form.

6         THE WITNESS:  GPI -- Geese Police was

7  never in disarray.

8  BY MS. HADDEN:

9    Q.    What about GPI?

10   A.    GPI as well.

11   Q.    Were there ever instances of franchisees

12 asking for assistance and not receiving it?

13   A.    No.

14   Q.    What about instances of David Marcks, your

15 husband, David Marcks getting into fights with

16 franchisees or members of the franchises and cutting

17 people off?

18         MS. JANKOWSKI:  Objection to form.

19         THE WITNESS:  I don't know what you're

20 talking about.  I've never heard that.

21 BY MS. HADDEN:

Case 3:22-cv-04585-MAS-TJB   Document 52-1   Filed 11/29/23   Page 25 of 69 PageID: 1872

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 26 of 70 PageID: 1629
Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 25

1  BY MS. HADDEN:

2      Q.   What about Rebecca Gibson?

3      A.   What about her?

19          MS. JANKOWSKI:  Can you repeat that? I'm

20  sorry.  You're cutting out, periodically cutting

21  out.  I don't know why.  Sorry.

22          MS. HADDEN:  No, no.  No need to

23  apologize.  I'm not sure why it's happening either.

24          MS. JANKOWSKI:  Well, it's just hit or

25  miss for whatever reason.  Sorry to interrupt your

```
 1   line.  Go ahead.
 2          MS. HADDEN:  No, no.  That's all right. I
 3   live in the mountains.  Sometimes they interfere.
 4   BY MS. HADDEN:
```

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

```
 9          MS. JANKOWSKI:  Objection to form.  Let me
10   get my objections in.  Go ahead.  Go ahead.
11          THE WITNESS:  Absolutely not.
12   BY MS. HADDEN:
```

██████████████████████████████████████

████████████

████████████████████████

██████████████████████████████████████

███████████████████

███████████████████████████████████

███████████████████████

```
20   BY MS. HADDEN:
21       Q.   What about Kathy Benedict, was Kathy
22   Benedict someone that David Marcks got into
23   disagreements with and eventually sued?
24       A.   Yes.
25       Q.   What were the circumstances of that case?
```

```
1       A.   That was before me.   I really don't know

2   the full facts of that case.

3       Q.   What about Sue Kinney?  Was Sue Kinney

4   also a franchisee that David Marcks cut off and

5   attempted to sue?

6       A.   I have no knowledge of that.
```

Diane Marcks     October 2, 2023     NDT Assgn # 69078     Page 28

```
1              MS. JANKOWSKI:  Objection to form.

2              THE WITNESS:  I refuse to answer that

3    question.

4              MS. JANKOWSKI:  Counsel, seriously.

5              MS. HADDEN:  Yeah, seriously.  If the

6    testimony is that David Marcks was not erratic, was

7    not getting into fights with franchisees, was not

8    cutting people off, it's a relevant question.
```

███████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████

████████████████████████

```
15   BY MS. HADDEN:

16        Q.   Getting back to people in the business,

17   what about individual Vid Rapsys?

18             MS. JANKOWSKI:  Objection to form.

19   BY MS. HADDEN:

20        Q.   How did that suit come about?

21        A.   He owed us money.  He owed us for dogs he

22   never paid for.  He owed us for checks that didn't

23   belong to him that he cashed and never repaid us.

24        Q.   So Vid purchased -- and I'm using the term

25   "purchased" loosely -- dogs from Geese Police or
```

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 29

1   GPI, but never paid for them?

2       A.   That's correct.

3       Q.   How many dogs?

4       A.   Over the years I don't know.

5       Q.   What about Dave Swickard, what was the

6   origin of lawsuit?

7       A.   Pure arrogance.

8       Q.   Can you describe what you mean by that?

9       A.   I have no knowledge.  There was never any

10  complaints, any issues to my knowledge.

11           He just thought he could quit or the term

12  I believe he said was "I fired you."

13      Q.   So when you say I fired you, Dave Swickard

14  was leaving the GPI franchise?

15      A.   That's what he thought, yes.

16      Q.   Did he have a valid franchise agreement in

17  effect at the time?

18      A.   Yes.

19      Q.   What about Elliott Orn, what is the basis

20  of that suit or will be the basis of suit?

21      A.   I have no knowledge yet.  There's no

22  lawsuit to my knowledge yet.

23      Q.   Are you familiar with -- I'm going to

24  shift topics for just a second.

25           MS. HADDEN:  Counsel, do you need a few

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

```
 1   minutes before I shift?
 2            MS. JANKOWSKI:  Are you okay?
 3            THE WITNESS:  Yes.
 4            MS. JANKOWSKI:  Do you want a break?
 5            THE WITNESS:  I want a break.
 6            MS. JANKOWSKI:  We'll take a break. Thank
 7   you.
 8            MS. HADDEN:  Five minutes, is that good,
 9   or do you want ten?
10            MS. JANKOWSKI:  No, five is fine.
11            THE VIDEOGRAPHER:  We are off the record
12   at 11:16.
13            (Recess from 11:16 a.m. to 11:25 a.m.)
14            THE VIDEOGRAPHER:  We are on the record at
15   11:25 a.m.
16   BY MS. HADDEN:
17       Q.  Ms. Marcks, I'd like to turn now to the
18   franchise agreement in this particular case.  Are
19   you familiar with the franchise agreement between
20   GPI and Double D Goose?
21            MS. JANKOWSKI:  I didn't hear her.  You
22   completely cut out on the first part of that
23   question.
24            MS. HADDEN:  I apologize.  How am I right
25   now?
```

NAEGELI
DEPOSITION & TRIAL        (800)528-3335
                          NAEGELIUSA.COM

Diane Marcks   October 2, 2023   NDT Assgn # 69078   Page 31

```
 1              MS. JANKOWSKI:  That's fine.

 2              MS. HADDEN:  I'll make sure I stay close

 3  to the microphone.  Hopefully that will help.

 4              THE VIDEOGRAPHER:  I am hearing you

 5  absolutely fine.  I'm wondering if they might have a

 6  bandwidth issue.  Can we go off the record for one

 7  second, see if we can figure this out.

 8              MS. HADDEN:  Of course.

 9              THE VIDEOGRAPHER:  We are off the record

10  at 11:26.

11              (Recess from 11:26 a.m. to 11:27 a.m.)

12              THE VIDEOGRAPHER:  We are on the record at

13  11:27.

14  BY MS. HADDEN:

15      Q.   Ms. Marcks, are you familiar with the

16  franchise agreement between GPI, LLC and Double D

17  Goose Control?

18      A.   Yes.

19      Q.   When was that agreement signed?

20      A.   I don't know.

21      Q.   Do you know if it was signed in 2007?

22      A.   I believe it was, yes.

23      Q.   It was for a five-year term; is that

24  correct?

25      A.   Yes.
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 33 of 70 PageID: 1636

Diane Marcks   October 2, 2023   NDT Assgn # 69078   Page 32

```
 1        Q.   At that time, was GPI was licensed to
 2   offer franchises in Virginia, do you know?
 3        A.   I believe so, yes.
 4        Q.   Do you know where GPI is licensed to offer
 5   franchises at this point?
 6        A.   At this time, I'm not offering any new
 7   franchises.  I'm on hold.
 8        Q.   So any licensure that has lapsed at this
 9   point, you're not renewing it because you're not
10   offering new franchises; is that correct?
11             MS. JANKOWSKI:  Objection to form.
12             THE WITNESS:  No.
13   BY MS. HADDEN:
14        Q.   No, that's not correct?
15        A.   No, that's correct.
16        Q.   Okay.  Do you know when GPI or Geese
17   Police trademarked their proprietary marks, if you
18   know?
19        A.   It was various times.  And off the top of
20   my head, no.
21        Q.   Do you know whether or not any of those
22   trademark applications took place within the last
23   couple of years since you took over?
24        A.   No.
25        Q.   In the 2007 agreement with Double D Goose,
```

NAEGELI

DEPOSITION & TRIAL

(800)528-3335

NAEGELIUSA.COM

```
 1   there was a reference to the franchisee wishing to

 2   receive training and assistance.  Do you know what

 3   training and assistance, if any, was offered?

 4            MS. JANKOWSKI:  Objection to form.

 5            THE WITNESS:  I have no knowledge of that.

 6   BY MS. HADDEN:

 7       Q.   In that original agreement, the approved

 8   location and protected territory sections are both

 9   blank.  Do you know why they are blank, if you know?

10       A.   No.

11            MS. JANKOWSKI:  Objection to form.

12   BY MS. HADDEN:

13       Q.   Section 2 of that original agreement gave

14   the franchisee, that is Double D, the option to

15   renew for up to two more five-year terms; correct?

16            MS. JANKOWSKI:  Objection to form.

17            THE WITNESS:  I'm not sure.

18   BY MS. HADDEN:

19       Q.   Did you review the franchise agreement

20   before sitting for this deposition?

21       A.   No.

22       Q.   Was there anything that you did review to

23   prepare?

24       A.   No.

25       Q.   If the franchise agreement had opted for
```

1  two additional five-year terms, the last possible

2  term would have expired in late 2022; is that

3  correct?

4          MS. JANKOWSKI:  Objection to form.

5          THE WITNESS:  She broke up.  I didn't hear

6  the question.  Can you repeat, please?

7  BY MS. HADDEN:

8      Q.  Sure.  If the franchise agreement allowed

9  for one five-year term in 2007 and then the option

10  to renew for up to two more five-year terms, then it

11  would have expired in 2022; correct?

12          MS. JANKOWSKI:  Objection to form.

13          THE WITNESS:  Correct.

14  BY MS. HADDEN:

15      Q.  Do you know whether or not the franchise

16  agreement required the franchisee, again that's

17  Double D, to give written notice of its intent to

18  renew before expiration?

19      A.  No.

20      Q.  No, it didn't have that requirement or no,

21  you don't know?  And I apologize.  It was a poorly

22  phrased question.

23      A.  No, I don't know.

24      Q.  Do you know whether or not GPI has or

25  Geese Police has any record of having received a

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 35

```
 1  written notice of intent to renew from Double D?

 2      A.   No.

 3      Q.   In fact, there are no valid extensions of

 4  that franchise agreement; correct?

 5           MS. JANKOWSKI:  Objection to form.

 6           THE WITNESS:  I believe there is.

 7  BY MS. HADDEN:

 8      Q.   When do you believe that there was an

 9  extension from?  By when, I mean what year.

10           MS. JANKOWSKI:  Sorry, counsel.  What's

11  the question?

12  BY MS. HADDEN:

13      Q.   What year do you believe that the

14  franchise agreement with Double D was extended?

15      A.   I'm not sure.

16      Q.   Who from GPI or Geese Police signed an

17  extension with Double D?

18      A.   It could have been Jeremy Brown.

19      Q.   When did Jeremy Brown start working with

20  Geese Police or GPI?

21      A.   I think three years ago.

22      Q.   So is it your belief that the franchise

23  agreement between GPI and Double D was extended

24  sometime in the last three years?

25      A.   I believe Jeremy handled that, yes.
```

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 36

1      Q.   Do you have that paperwork?  Not

2  physically with you right now.  I mean in the

3  overall sense.

4      A.   I believe it's in the office.

5           MS. HADDEN:  Counsel, if I could have a

6  copy of that.

7           MS. JANKOWSKI:  We've produced all the

8  documents I believe at this point.

9           MS. HADDEN:  So any extension would be in

10  the productions that we've received so far?

11           MS. JANKOWSKI:  My understanding is we

12  produced all documents.

13  BY MS. HADDEN:

14      Q.   Who did you deal with at Double D Goose?

15      A.   Me?

16      Q.   You.

17      A.   No one.

18      Q.   So you didn't directly contact anybody to

19  have an extension signed in late 2022?

20      A.   No.

21      Q.   Did you contact any of the franchises to

22  extend their agreements in late 2022?

23      A.   No.

24      Q.   Are you familiar with the third section of

25  the franchise agreement which details duties of the

Case 3:22-cv-04585-MAS-TJB   Document 52-1   Filed 11/29/23   Page 37 of 69 PageID: 1884

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 38 of 70 PageID: 1641
Diane Marcks   October 2, 2023   NDT Assgn # 69078   Page 37

1    franchisor, franchisor being GPI?

2         A.   I've read it in the past.

3         Q.   Did it require the franchisor to provide

4    training?

5              MS. JANKOWSKI:  Objection to form.

6              THE WITNESS:  Yes.

7    BY MS. HADDEN:

8         Q.   Other than the on-demand training that

9    you've described, is there any other training the

10   franchisor has offered to the franchisees?

11             MS. JANKOWSKI:  Same objection.

12             THE WITNESS:  Any training that they need

13   would be provided.

14   BY MS. HADDEN:

15        Q.   By need you mean that they've requested;

16   is that right?

17        A.   That's correct.

18        Q.   Does the franchise agreement require

19   franchisees to make requests for training, if you

20   know?

21             MS. JANKOWSKI:  Objection to form.

22             THE WITNESS:  To my knowledge, no.

23   BY MS. HADDEN:

24        Q.   Does GPI or Geese Police maintain an

25   operating manual?

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

Case 3:22-cv-04585-MAS-TJB   Document 52-1   Filed 11/29/23   Page 38 of 69 PageID: 1885

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 39 of 70 PageID: 1642
Diane Marcks   October 2, 2023   NDT Assgn # 69078   Page 38

1      A.   Yes.

2      Q.   Is that provided to franchisees?

3      A.   Yes.

4      Q.   At what stage of a franchise's process is

5  the operating manual provided?

6      A.   I believe at the beginning of the contract

7  or as requested.

8      Q.   Do you know in what format it's provided?

9  In other words, do you provide an online PDF?  Do

10  you provide a physical copy?  How do you provide it?

11      A.   There is a physical copy.  I don't -- I

12  believe it could be provided online as well.  I'm

13  not sure on that.

14      Q.   And am I correct that you don't know how

15  it was provided to Double D Goose because you were

16  not involved with Geese Police at that point?

17      A.   It would have -- at that point, it would

18  have been a manual that was given them, yes.

19      Q.   So at that point, it would have been a

20  hard copy?

21      A.   Yes.

22      Q.   And the franchise agreement also provides

23  for a 6 percent monthly fee; correct?

24      MS. JANKOWSKI:  Objection to form.

25      THE WITNESS:  Yes.

NAEGELI
DEPOSITION & TRIAL        (800)528-3335
                          NAEGELIUSA.COM

Diane Marcks   October 2, 2023   NDT Assgn # 69078   Page 39

```
 1   BY MS. HADDEN:

 2        Q.   Is that fee the same for each franchise?

 3        A.   Yes.

 4             MS. JANKOWSKI:  Object to form.

 5   BY MS. HADDEN:

 6        Q.   In the case of Double D Goose, it was

 7   never regularly paid; correct?

 8        A.   I didn't hear that question.

 9             MS. JANKOWSKI:  Can you repeat that,

10   counsel?

11             MS. HADDEN:  Of course.

12   BY MS. HADDEN:

13        Q.   In the case of Double D Goose, that 6

14   percent monthly fee was never regularly paid;

15   correct?

16        A.   Yes.  Section 6 requires that franchises

17   request and pay for approval from Geese Police or

18   GPI before buying a new dog; correct?

19             MS. JANKOWSKI:  Objection.  Form.

20             THE WITNESS:  I believe so, yes.

21   BY MS. HADDEN:

22        Q.   That's not something that Double D ever

23   did, is it, to your knowledge?

24        A.   I have no knowledge of that.

25        Q.   If an active franchise were to comply with
```

**NAEGELI**
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

```
 1   that paragraph right now, who would be approving the

 2   dog?

 3        A.   One of my managers, most likely Brian

 4   Swirbel.

 5        Q.   Do any of the franchises pay to have their

 6   dogs approved?

 7        A.   No.

 8        Q.   What about uniform approval, do the

 9   franchises come to you or to GPI to have uniforms

10   approved?

11        A.   It's a standard uniform.  We don't deviate

12   from the standard uniform.

13        Q.   But you also don't go to inspect franchise

14   locations; correct?

15             MS. JANKOWSKI:  Objection to form.

16             THE WITNESS:  I haven't, no.

17   BY MS. HADDEN:

18        Q.   So do you have any knowledge of what

19   franchises are wearing in terms of a uniform when

20   they go to service customer accounts?

21        A.   Only what we see online.

22        Q.   So when you say see online, you mean, for

23   instance, if a franchise posts on Facebook or

24   Instagram or some social media site; is that

25   correct?
```

Diane Marcks   October 2, 2023   NDT Assgn # 69078   Page 41

```
 1       A.   Yes.
 2       Q.   And when they do those posts, does GPI or
 3  Geese Police share or utilize those posts in your
 4  own social media accounts?
 5       A.   I don't.  Some of the employees possibly
 6  may.  I don't do that stuff.
 7       Q.   Is there someone who is in charge of
 8  social media for GPI or Geese Police?
 9       A.   No.
10       Q.   Are you familiar with Section 7 of the
11  franchise agreement which says only the name Geese
12  Police with no prefix or suffix can be used?
13            MS. JANKOWSKI:  Objection.  Form.
14            THE WITNESS:  Yes.
15  BY MS. HADDEN:
16       Q.   And that's a provision of the agreement
17  that none of the franchisees has ever complied with;
18  correct?  Each one has always had Geese Police
19  something, for example, D.C., virginia, Maryland,
20  some local designation?
21       A.   Yes.
22            MS. JANKOWSKI:  Objection to form.
23  BY MS. HADDEN:
24       Q.   What about Section 11, are you familiar
25  with Section 11, which deals with advertising and
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 43 of 70 PageID: 1646

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 42

```
 1  promotion?

 2      A.   No.

 3      Q.   Does GPI or Geese Police have an

 4  advertising fund for the franchisees?

 5      A.   Fund?

 6      Q.   Fund.

 7      A.   In what respect?  From the main office?

 8      Q.   Correct.  A fund run by the main office

 9  designated specifically for advertising.

10      A.   No.

11      Q.   And when a -- sorry.  Section 15 of the

12  franchise agreement, Termination or Expiration, are

13  you familiar with that section?

14      A.   No.

15      Q.   Okay.  What about Section 16, the

16  Noncompetition Covenants, are you familiar with that

17  section?

18      A.   I don't have the manual in front of me.

19  No.

20      Q.   Okay.  Do you know whether or not the

21  noncompete covenant covers a specific time period,

22  if you know?

23      A.   Yes.

24      Q.   Do you know what that time period is?

25      A.   While under contract and I believe it's
```

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 43

```
 1   two years after the contract expires.

 2       Q.   So would it be fair to say that if a

 3   contract expired in 2012, the noncompete provision

 4   would expire in 2014, after two years?

 5           MS. JANKOWSKI:  Objection to form.

 6           THE WITNESS:  Yes.

 7   BY MS. HADDEN:

 8       Q.   What about the website that's maintained

 9   by GPI, are you familiar with the website?

10       A.   Yes.

11       Q.   Are you involved in any of the content

12   that's on the website?

13       A.   Yes.

14       Q.   So, for example, the home page states, "We

15   are constantly keeping up with the latest

16   developments in the migration habits of Canada geese

17   and the problems they cause to health of humans and

18   the environment."  Correct?

19       A.   First of all, I didn't hear the question.

20       Q.   I'll repeat it.

21       A.   Would you repeat it?

22       Q.   Of course.  Is it correct that the home

23   page of your website says, quote, "We are constantly

24   keeping up with the latest developments in the

25   migration habits of Canada geese and the problems
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 44

```
 1    they cause to the health of humans and the

 2    environment"?

 3        A.   I believe that's correct.

 4        Q.   What are you doing to keep up with the

 5    latest developments in the migration habits of

 6    Canada geese?

 7        A.   I can't answer that.  That would be the

 8    office, my management.

 9        Q.   Who in management would be able to answer

10    that question?

11        A.   Joe Compton, Jeremy Brown.

12        Q.   Who provides the text for the website?

13        A.   The office.

14        Q.   When you say the office, is that those

15    same two individuals, Joe Compton and Jeremy Brown?

16        A.   Not Jeremy Brown.

17        Q.   Is there anyone else who provides content

18    for the website?

19        A.   No.

20        Q.   Are you aware that the website still

21    promises training offered by David Marcks for any

22    new franchise?

23        A.   What was the question?

24            MS. JANKOWSKI:  You cut out again.

25    BY MS. HADDEN:
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 45

```
 1        Q.   Are you aware that the website still

 2   offers training by David Marcks for any new

 3   franchise or employee?

 4        A.   No.

 5        Q.   Are you aware that that the website

 6   credits David Marcks with formulating the concept of

 7   chasing geese with border collies?

 8        A.   Yes.

 9        Q.   And that was actually Richard Marcks,

10   wasn't it?

11        A.   Absolutely not.

12        Q.   Do you know who the first owner of a

13   border collie trained to chase geese on golf courses

14   was?

15        A.   David Marcks.

16        Q.   Do you know the name of that dog?

17        A.   It's on the tip of my tongue.

18        Q.   Does Tac sound familiar?

19        A.   Tap, yes.

20        Q.   Tap or Tac?  Sorry.  You cut out this

21   time.

22        A.   It might have been Tap.  I believe it was

23   Tac, the first one, but Tap was his main dog, yes.

24        Q.   And David Marcks trained Tac, T-A-C?

25        A.   I believe so.
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

```
 1        Q.   Are you aware that the website still
 2   promises franchising as an available service that
 3   GPI would offer?  In other words, franchises are
 4   still listed for sale?
 5        A.   I believe so, yes.
 6        Q.   But that's not currently accurate;
 7   correct?
 8        A.   We're not -- at this time, that's correct.
 9        Q.   Did GPI have an advertising budget for
10   Geese Police?
11        A.   No.
12        Q.   Is there a separate budget for training
13   for franchisees?
14        A.   No.
15        Q.   Is there a separate budget for training
16   for employees?
17        A.   No.
18        Q.   Is there a separate budget for supplies to
19   be given to franchisees?
20        A.   No.
21        Q.   You said that there's no one specific in
22   charge of social media for GPI or Geese Police;
23   correct?
24        A.   It would be probably Jeremy Brown.
25        Q.   So whatever social media presence GPI or
```

Diane Marcks   October 2, 2023   NDT Assgn # 69078   Page 47

```
 1   Geese Police has would be managed by Jeremy Brown?

 2       A.   Yes.

 3       Q.   Do you know who was in charge of social

 4   media before Jeremy joined about three years ago?

 5       A.   Lisa Grout.

 6       Q.   And do you know who before Lisa would have

 7   been in charge of social media, if anyone?

 8       A.   Diane Nevarez.

 9       Q.   Was that ever one of your responsibilities

10   when you were still vice president?

11       A.   You broke up.  I didn't hear the question.

12       Q.   Was that ever one of your responsibilities

13   when you were still vice president?

14       A.   No.

15       Q.   Am I correct that you've never been

16   involved in the actual physical work that Geese

17   Police does, in other words, physically chasing

18   geese with dogs?

19       A.   I have, yes, with my husband, yes.

20       Q.   Are you involved in training at all?

21       A.   No.

22       Q.   Other than accompanying your husband, do

23   you, yourself, work any of the customer accounts?

24       A.   Presently, no.

25       Q.   What is David Marcks' involvement in
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 49 of 70 PageID: 1652

Diane Marcks   October 2, 2023   NDT Assgn # 69078   Page 48

```
 1   Double D Goose, to your knowledge?  Not your husband
 2   David Marcks.  The younger David Marcks.
 3        A.   I believe he's the president.
 4        Q.   You weren't aware that he had been removed
 5   as an owner as long ago --
 6        A.   I have to apologize.  You said David.  I'm
 7   sorry.  No.  Doug Marcks I believe is the president.
 8   David Marcks, I don't know that he's even affiliated
 9   with Double D at this time.
10        Q.   All right.  And what about Michael Gay?
11        A.   I believe he was a silent partner.
12        Q.   And he's also no longer involved; correct?
13             MS. JANKOWSKI:  Objection to form.
14             THE WITNESS:  I don't have that knowledge.
15             MS. HADDEN:  Counsel, can we take five
16   minutes?  I think I'm near the end.  I just want to
17   do a quick review, and nobody needs to be sitting
18   here staring while I scroll.
19             MS. JANKOWSKI:  Of course.  Do you want
20   five or ten?
21             MS. HADDEN:  I think five is good.
22             THE VIDEOGRAPHER:  We are off the record
23   at 11:54 a.m.
24             (Recess from 11:54 a.m. to 12:00 p.m.)
25             THE VIDEOGRAPHER:  We are on the record at
```

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 49

```
 1   12:00 p.m.

 2   BY MS. HADDEN:

 3       Q.    Thank you.  I just had one other question,

 4   Mrs. Marcks.  Do you know whether or not GPI or

 5   Geese Police sent Doug Marcks to do some of the

 6   training for other franchisees?

 7            MS. JANKOWSKI:  Sorry, counsel.  You just

 8   cut out on us.  Can you just re-ask the question?

 9   We got half of it.

10            MS. HADDEN:  Of course.  Sorry.

11            MS. JANKOWSKI:  Thanks.  No.  That's okay.

12   BY MS. HADDEN:

13       Q.    Were you aware, and this is only if you

14   know, that GPI or Geese Police sent Doug Marcks to

15   do some of the training of franchisees on their

16   behalf, if you know?

17       A.    I have no knowledge of that, no.

18            MS. HADDEN:  I don't have any other

19   questions, counsel.

20            MS. JANKOWSKI:  I do not have any follow-

21   up questions based on your questions.  So with that,

22   this deposition is it concluded.

23            MS. HADDEN:  Thank you.

24            MS. JANKOWSKI:  Thank you.

25            THE VIDEOGRAPHER:  This is the end of the
```

Diane Marcks    October 2, 2023    ND1 Assgn # 69078    Page 50

1  deposition of Diane Marcks.  The court reporter will

2  now take orders for the transcript.

3          **MS. JANKOWSKI:**  We will send you our

4  order.  Thank you.

5          **(Whereupon, at 12:02 p.m., the taking of**

6  **the instant deposition ceased.)**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

```
 1                          CERTIFICATE

 2

 3        I, the undersigned Tim Garrett, am a videographer on

 4   behalf of NAEGELI Deposition & Trial. I do hereby certify

 5   that I have accurately made the video recording of the

 6   deposition of Diane Marcks, in the above captioned

 7   matter on the 2nd day of October, 2023 taken at the

 8   location of Virginia.

 9

10        No alterations, additions, or deletions were made

11   thereto.

12

13        I further certify that I am not related to any of

14   these parties in the matter and I have no financial

15   interest in the outcome of this matter.

16

17

18   _____

19                    Tim Garrett

20

21

22

23

24

25
```

```
1    COMMONWEALTH OF PENNSYLVANIA  )

2    COUNTY OF ALLEGHENY              )      SS:

3                   C E R T I F I C A T E

4         I, Ann Medis, RPR, CLR, CSR-WA and

5    Notary Public within and for the Commonwealth of

6    Pennsylvania, do hereby certify:

7              That DIANE MARCKS, the witness whose

8    deposition is hereinbefore set forth, was duly

9    sworn by me and that such deposition is a true

10   record of the testimony given by such witness.

11             I further certify the inspection,

12   reading and signing of said deposition were not

13   waived by counsel for the respective parties and

14   by the witness.

15             I further certify that I am not related

16   to any of the parties to this action by blood or

17   marriage and that I am in no way interested in the

18   outcome of this matter.

19             IN WITNESS WHEREOF, I have hereunto set

20   my hand this 17th day of October, 2023.

21

22                                        Notary Public

23

24

25
```

Commonwealth of Pennsylvania - Notary Seal
Ann Medis, Notary Public
Allegheny County
My commission expires January 7, 2025
Commission number 1109616
Member, Pennsylvania Association of Notaries

Diane Marcks    October 2, 2023    NDT Assgn # 69078    Page 53

```
 1                 CORRECTION SHEET

 2  Deposition of: Diane Marcks    Date: 10/02/23

 3  Regarding:    GPI LLC vs Double D Goose Control LLC

 4  Reporter:     Medis

 5  _____

 6  Please make all corrections, changes or clarifications

 7  to your testimony on this sheet, showing page and line

 8  number.  If there are no changes, write "none" across

 9  the page.  Sign this sheet on the line provided.

10  Page   Line   Reason for Change

11  _____  _____  _____

12  _____  _____  _____

13  _____  _____  _____

14  _____  _____  _____

15  _____  _____  _____

16  _____  _____  _____

17  _____  _____  _____

18  _____  _____  _____

19  _____  _____  _____

20  _____  _____  _____

21  _____  _____  _____

22  _____  _____  _____

23  _____  _____  _____

24            Signature_____

25                  Diane Marcks
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

Diane Marcks    October 2, 2023    ND1 Assgn # 69078    Page 54

```
 1                        DECLARATION

 2  Deposition of: Diane Marcks    Date: 10/02/23

 3  Regarding:    GPI LLC vs Double D Goose Control LLC

 4  Reporter:     Medis

 5  _____

 6

 7  I declare under penalty of perjury the following to

 8  be true:

 9

10  I have read my deposition and the same is true and

11  accurate save and except for any corrections as made

12  by me on the Correction Page herein.

13

14  Signed at _____, _____

15  on the _____ day of _____, 2023.

16

17

18

19

20

21

22

23

24            Signature_____

25                      Diane Marcks
```

NAEGELI
DEPOSITION & TRIAL                    (800)528-3335
                                      NAEGELIUSA.COM

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 56 of 70 PageID: 1659

| 1 | | | |
|---|---|---|---|

**10:36** 5:5 5:8

**11** 41:24
41:25

**11:16** 30:12
30:13

**11:25** 30:13
30:15

**11:26** 31:10
31:11

**11:27** 31:11
31:13

**11:54** 48:23
48:24

**12:00** 48:24
49:1

**12:02** 50:5

**15** 42:11

**16** 42:15

**1991** 11:11

| 2 | | | |
|---|---|---|---|

**2** 5:4 5:8
33:13

**20** 23:25

**2007** 31:21
32:25 34:9

**2012** 10:16
11:4 12:24
22:1 23:21
43:3

**2014** 43:4

**2019** 25:16
26:7

**2022** 34:2
34:11

36:19 36:22

**2023** 5:4 5:8

**21** 20:19

**22** 13:2 16:9

**28** 16:19

| 3 | | | |
|---|---|---|---|

**30** 16:19

| 4 | | | |
|---|---|---|---|

**4,000** 18:2

| 6 | | | |
|---|---|---|---|

**6** 38:23 39:13
39:16

| 7 | | | |
|---|---|---|---|

**7** 41:10

**7,000** 18:2

| A | | | |
|---|---|---|---|

**a.m** 5:5 30:13
30:13
30:15
31:11
31:11
48:23 48:24

**ability** 6:14

**able** 44:9

**absolutely**
24:25
26:11 31:5
45:11

**accompanying**
47:22

**accountant**
14:17
22:23 22:24

**accounts**
14:15 16:4
16:21
40:20 41:4
47:23

**accurate** 14:7
16:5 16:6
46:6

**accurately**
6:15

**active**
17:12 39:25

**actively**
11:19
16:20 17:4

**activities**
13:18

**actual** 47:16

**actually** 45:9

**additional**
18:17
18:19 34:1

**advertisement
s** 19:4 19:8

**advertising**
41:25 42:4
42:9 46:9

**affect** 6:14

**affiliated**
48:8

**against**
9:20 9:25
10:2

**ago** 8:25
9:1 23:25
35:21 47:4
48:5

**agreement**
29:16
30:18
30:19
31:16
31:19
32:25 33:7
33:13
33:19
33:25 34:8
34:16 35:4
35:14
35:23
36:25
37:18
38:22
41:11
41:16 42:12

**agreements**
36:22

**ahead** 26:1
26:10 26:10

**alcohol** 12:2

**alive** 13:20
21:12

**allowed** 14:21
34:8

**Alyssa**
22:25 23:9

**am** 30:24 31:4
38:14 47:15

**answer** 28:2
28:11 44:7
44:9

**answered**
16:15

**answers** 6:9
6:21

**anybody** 36:18

**anyone**
 22:21
 23:15
 44:17 47:7

**anything**
 10:10
 14:21
 15:12 22:8
 33:22

**apologize**
 25:23
 27:11
 30:24
 34:21 48:6

**apology** 26:13
 26:16

**appearing**
 5:15

**applications**
 32:22

**approval**
 11:22 12:2
 15:1 39:17
 40:8

**approved** 33:7
 40:6 40:10

**approving**
 40:1

**approximately**
 7:25 8:11
 8:25 9:10
 16:9 17:7
 23:22

**argument** 25:4

**arrogance**
 29:7

**assistance**

 24:12 33:2
 33:3

**attempted**
 27:5

**attention** 7:5
 7:19

**authorize**
 14:18

**available**
 19:16 20:1
 21:5 22:12
 46:2

**awaiting** 17:5

**aware** 44:20
 45:1 45:5
 46:1 48:4
 49:13

----

**B**

**bandwidth**
 31:6

**bank** 14:15

**Barely** 11:16

**based** 49:21

**basically**
 13:6

**basis** 13:13
 13:16 21:1
 29:19 29:20

**became**
 12:24 21:7
 23:9

**beginning** 5:9
 38:6

**behalf** 5:15
 5:19 12:19
 49:16

**belief** 35:22

**believe** 17:18
 29:12
 31:22 32:3
 35:6 35:8
 35:13
 35:25 36:4
 36:8 38:6
 38:12
 39:20
 42:25 44:3
 45:22
 45:25 46:5
 48:3 48:7
 48:11

**belong** 28:23

**Benedict** 10:3
 26:21 26:22

**best** 6:20
 15:11

**beyond** 12:1
 15:12

**Bill** 23:10

**bit** 7:9

**blank** 33:9
 33:9

**BNC** 12:17
 12:19

**books** 22:8
 22:19 23:3
 23:4

**border** 45:7
 45:13

**break** 30:4
 30:5 30:6

**Brian** 15:8
 20:10 40:3

**broad** 12:7

**broke** 34:5
 47:11

**brought**
 9:19 9:24
 10:11

**Brown** 15:7
 15:18
 20:12
 35:18
 35:19
 44:11
 44:15
 44:16
 46:24 47:1

**Buchanan** 5:14

**budget** 46:9
 46:12
 46:15 46:18

**business** 7:12
 7:14 11:5
 13:5 14:4
 14:11
 14:13 23:2
 28:10 28:16

**buying** 39:18

----

**C**

**Canada**
 43:16
 43:25 44:6

**canceled**
 21:22

**caption** 5:9

**care** 14:13

**case** 5:9
 7:6 7:9 7:17
 7:21 7:23

8:18  8:23
9:2  9:13
9:14  9:15
10:2  26:25
27:2  30:18
39:6  39:13
**cashed** 28:23
**cause** 43:17
  44:1
**ceased** 50:6
**cetera** 12:2
  22:19
**charge** 41:7
  46:22  47:3
  47:7
**chase** 45:13
**chasing**
  45:7  47:17
**checks** 28:22
**circumstances**
  26:25
**clear** 6:8
  6:19
**clearest** 6:22
**clearly** 6:2
**close** 31:2
**Cole** 20:13
  20:14
  20:17
  23:10  23:16
**colleague**
  5:16
**collie** 45:13
**collies** 45:7
**coming** 15:12
**company** 22:11

**complaints**
  29:10
**completely**
  30:22
**complied**
  41:17
**comply** 39:25
**Compton**
  15:7  20:14
  20:15
  23:11
  23:23
  23:24
  44:11  44:15
**concept** 45:6
**concluded**
  49:22
**condition**
  6:14
**conference**
  21:17
**confused**
  17:18
**constantly**
  43:15  43:23
**contact** 36:18
  36:21
**content** 43:11
  44:17
**continue**
  21:21
**contract** 38:6
  42:25  43:1
  43:3
**contracting**
  22:11
**control** 14:15

31:17
**copy** 36:6
  38:10
  38:11  38:20
**correct** 9:8
  11:6  11:7
  15:13
  15:14
  16:14  20:5
  20:6  22:3
  29:2  31:24
  32:10
  32:14
  32:15
  33:15  34:3
  34:11
  34:13  35:4
  37:17
  38:14
  38:23  39:7
  39:15
  39:18
  40:14
  40:25
  41:18  42:8
  43:18
  43:22  44:3
  46:7  46:8
  46:23
  47:15  48:12
**cost** 18:4
  18:12
  18:25  19:5
  19:9
**Cottrell** 15:7
**counsel**
  5:11  28:4
  29:25
  35:10  36:5
  39:10

48:15  49:7
  49:19
**couple** 32:23
**course** 31:8
  39:11
  43:22
  48:19  49:10
**courses** 45:13
**court** 5:20
  6:6  6:19
  50:1
**covenant**
  42:21
**Covenants**
  42:16
**covers** 42:21
**COVID** 21:19
  22:2
**credits** 45:6
**currently**
  6:12  46:6
**customer**
  20:12
  40:20  47:23
**customers**
  21:3
**cut** 13:10
  18:7  27:4
  30:22
  44:24
  45:20  49:8
**cutting** 24:16
  25:20
  25:20  28:8

---
D
---
**D.C** 41:19

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

**daily** 13:13
  13:16
  13:18 15:4
  16:21
**Danielle**
  27:15
  27:16
  27:25 28:14
**Danielle's**
  28:12
**date** 5:8
**daughter**
  27:15
  27:25 28:10
**Dave** 9:18
  29:5 29:13
**David** 12:22
  23:10
  24:14
  24:15
  24:22
  26:22 27:4
  28:6 28:12
  44:21 45:2
  45:6 45:15
  45:24
  47:25 48:2
  48:2 48:6
  48:8
**David's** 28:12
**day** 26:13
  26:16
**deal** 16:4
  21:1 21:2
  21:3 21:4
  36:14
**deals** 41:25
**December**

  20:18 20:18
**decisions**
  14:4
**defendant**
  7:16 7:18
**defendants**
  5:19
**Depending**
  20:9
**deposed** 7:2
  7:8 7:20
  8:13 9:4
**deposition**
  5:1 5:9 7:10
  8:2 8:15
  33:20
  49:22 50:1
  50:6
**describe** 14:9
  15:22 29:8
**described**
  10:6 17:10
  37:9
**descriptions**
  19:9
**designated**
  42:9
**designation**
  41:20
**details** 36:25
**developments**
  43:16
  43:24 44:5
**deviate** 40:11
**Diane** 5:2 5:9
  5:22 10:21
  10:22

  23:10
  23:21 27:7
  27:9 27:12
  47:8 50:1
**differ** 15:25
**different**
  7:13 22:17
  22:18
**directly**
  10:22 36:18
**disagreements**
  26:23
**disarray** 24:3
  24:7
**discussing**
  16:16
**divorced**
  28:13
**documents**
  36:8 36:12
**dog** 17:4
  17:14
  17:16 18:5
  18:5 18:12
  18:20
  18:21
  20:10
  39:18 40:2
  45:16 45:23
**dogs** 16:10
  16:14
  16:17
  16:19
  16:20
  16:23
  16:24 17:1
  17:7 17:10
  17:11 17:21

  17:24 18:2
  18:15
  22:18 25:8
  28:21
  28:25 29:3
  40:6 47:18
**dollar** 14:24
**Double** 5:10
  30:20
  31:16
  32:25
  33:14
  34:17 35:1
  35:14
  35:17
  35:23
  36:14
  38:15 39:6
  39:13
  39:22 48:1
  48:9
**Doug** 48:7
  49:5 49:14
**Drawing** 7:5
  7:19
**drinking**
  24:23 27:23
**due** 24:3
**duly** 5:22
**duties** 13:3
  14:2 14:9
  14:11
  20:20
  20:23 36:25

_____
        E
_____
**earlier** 22:21
**effect** 29:17
**either** 20:5

25:23

**Elliott**
9:22 29:19

**else** 9:16
22:21
23:15 44:17

**employee** 45:3

**employees**
13:15
14:25 15:3
15:15
15:17
15:20 16:7
16:16 41:5
46:16

**enraged** 25:17

**environment**
43:18 44:2

**equipment**
18:22

**erratic** 27:22
28:6

**essentially**
16:3

**estranged**
28:12

**et** 12:2 22:19

**eventually**
26:23

**everybody** 6:2

**everything**
6:3

**EXAMINATION**
5:24

**examined** 5:23

**example** 41:19

43:14

**excessive**
14:21 14:22

**expenditures**
11:23
14:18
14:20 15:9

**experienced**
25:12

**expiration**
34:18 42:12

**expire** 43:4

**expired**
34:2 34:11
43:3

**expires** 43:1

**extend** 36:22

**extended**
35:14 35:23

**extension**
35:9 35:17
36:9 36:19

**extensions**
35:3

**extreme** 26:7

————————
F
————————

**Facebook**
40:23

**fact** 35:3

**facts** 27:2

**fair** 14:5
24:1 43:2

**fairly** 14:6

**fall** 7:24 8:4

**familiar**

29:23
30:19
31:15
36:24
41:10
41:24
42:13
42:16 43:9
45:18

**farm** 14:14
18:17

**February**
25:15 26:7

**fee** 38:23
39:2 39:14

**fields** 22:18

**fight** 26:6
26:17 27:22

**fighting**
24:23

**fights**
24:15 28:7

**figure**
14:24 31:7

**fill-in**
13:6 13:7
13:12

**fine** 30:10
31:1 31:5

**finish** 6:20
6:21

**fired** 29:12
29:13

**firm** 5:14
5:17

**first** 5:22
7:5 7:9
10:17

18:24
30:22
43:19
45:12 45:23

**five** 30:8
30:10
48:15
48:20 48:21

**five-year**
31:23
33:15 34:1
34:9 34:10

**fleet** 14:23

**Florida** 25:18
26:8

**fly** 25:17
26:8

**food** 12:1

**forgetting**
20:16

**form** 10:8
10:12 24:5
24:18
24:24 25:6
26:9 26:18
27:17 28:1
28:18
32:11 33:4
33:11
33:16 34:4
34:12 35:5
37:5 37:21
38:24 39:4
39:19
40:15
41:13
41:22 43:5
48:13

**formal**

Diane Marcks        October 2, 2023        NBT Assgn # 69078        Page 60

| | | | |
|---|---|---|---|
| 21:15 21:23 | 17:24 | **geese** 8:19 | 46:22 47:1 |
| **format** 38:8 | 18:23 19:6 | 8:20 9:5 9:7 | 47:16 |
| **forms** 22:6 | 19:10 | 9:19 9:24 | 47:18 49:5 |
| **formulating** | 19:14 | 10:4 10:5 | 49:14 |
| 45:6 | 19:20 21:3 | 10:11 | **getting** 24:15 |
| **franchise** | 21:5 21:9 | 10:15 | 28:7 28:16 |
| 19:2 20:8 | 21:13 22:6 | 10:18 11:5 | **Gibson** 25:2 |
| 22:13 | 24:11 | 15:23 | 25:5 25:7 |
| 22:22 | 24:16 28:7 | 15:25 16:2 | 25:8 26:7 |
| 29:14 | 37:10 | 16:3 16:7 | **Giganti** 12:22 |
| 29:16 | 37:19 38:2 | 16:10 | **given** 38:18 |
| 30:18 | 41:17 42:4 | 16:12 | 46:19 |
| 30:19 | 46:13 | 16:15 | **golf** 45:13 |
| 31:16 | 46:19 49:6 | 16:23 17:8 | **Goose** 5:10 |
| 33:19 | 49:15 | 17:16 | 30:20 |
| 33:25 34:8 | **franchises** | 17:17 | 31:17 |
| 34:15 35:4 | 24:2 24:16 | 17:19 | 32:25 |
| 35:14 | 32:2 32:5 | 17:23 18:4 | 36:14 |
| 35:22 | 32:7 32:10 | 18:13 | 38:15 39:6 |
| 36:25 | 36:21 | 18:25 | 39:13 48:1 |
| 37:18 | 39:16 40:5 | 19:13 | **GPI** 5:10 |
| 38:22 39:2 | 40:9 40:19 | 19:19 20:5 | 12:23 14:7 |
| 39:25 | 46:3 | 20:17 21:8 | 14:16 |
| 40:13 | **franchise's** | 21:18 22:5 | 14:19 15:4 |
| 40:23 | 38:4 | 23:6 23:24 | 15:15 |
| 41:11 | **franchising** | 24:3 24:6 | 15:16 |
| 42:12 | 46:2 | 27:8 27:12 | 15:20 16:1 |
| 44:22 45:3 | **franchisor** | 27:19 | 16:2 16:4 |
| **franchisee** | 37:1 37:1 | 28:25 | 17:23 18:5 |
| 16:2 16:24 | 37:3 37:10 | 32:16 | 18:13 |
| 17:1 17:15 | **front** 42:18 | 34:25 | 18:25 |
| 17:16 18:6 | **full** 18:8 | 35:16 | 19:13 |
| 18:14 | 27:2 | 35:20 | 19:19 20:5 |
| 19:23 27:4 | **fund** 42:4 | 37:24 | 21:8 21:17 |
| 33:1 33:14 | 42:5 42:6 | 38:16 | 22:5 23:6 |
| 34:16 | 42:8 | 39:17 41:3 | 23:24 24:4 |
| **franchisees** | | 41:8 41:11 | 24:6 24:9 |
| 9:20 9:25 | ——————— | 41:18 42:3 | 24:10 |
| 13:8 13:13 | G | 43:16 | 27:19 29:1 |
| 16:5 17:20 | **Gay** 48:10 | 43:25 44:6 | 29:14 |
| | | 45:7 45:13 | |
| | | 46:10 | |

NAEGELI
DEPOSITION & TRIAL        (800)528-3335
NAEGELIUSA.COM

```
30:20                31:8 31:14           30:21 34:5            47:19
31:16 32:1           32:13 33:6           39:8 43:19            47:22 48:1
32:4 32:16           33:12                47:11              husband's
34:24                33:18 34:7        heard 24:20              13:1 21:20
35:16                34:14 35:7        hearing 31:4            25:8 27:8
35:20                35:12 36:5        held 21:24
35:23 37:1           36:9 36:13        help 20:1          _____
37:24                37:7 37:14           21:6 31:3                 I
39:18 40:9           37:23 39:1        he's 20:16        I'd 30:17
41:2 41:8            39:5 39:11           48:3 48:8       ill 21:7
42:3 43:9            39:12                48:12           I'll 6:20
46:3 46:9            39:21             hit 25:24             6:24 31:2
46:22                40:17             hold 12:25            43:20
46:25 49:4           41:15                32:7            I'm 6:1
49:14                41:23 43:7        home 43:14             9:16 17:18
GPI's 19:9           44:25                43:22              20:15
Gretchen 5:13        48:15             Honestly              23:12
Group 5:19           48:21 49:2           17:18               23:22
Grout 47:5           49:10             Hopefully             25:19
                     49:12                31:3               25:23
_____      49:18 49:23       humans                28:24
      H              half 49:9            43:17 44:1         29:23 31:5
habits               handbook 22:7     husband 11:13         32:6 32:7
   43:16             handle              11:14 13:5          33:17
   43:25 44:5           19:25            13:20              35:15
Hadden 5:18             20:11 20:13      13:21              38:12 48:6
   5:18 5:25         handled 35:25       14:12              48:16
   10:9 10:14        hard 38:20          17:11           important
   13:11 18:9        hats 19:14          21:11               6:17
   18:11 24:8        haven't 11:17       23:11           Inc 12:17
   24:21 25:1           21:10 40:16      24:15              15:24
   25:14             having 5:22         25:13              15:25 16:3
   25:22 26:2           19:24 25:4       25:16              16:7 16:10
   26:4 26:12           34:25            25:17 26:6         16:12
   26:20             head 6:5            27:13              16:16
   27:20 28:5           6:6 32:20        27:16              16:24 17:8
   28:15             health              27:21 27:24        17:17
   28:19                43:17 44:1                       individual
   29:25 30:8        hear 6:3 13:9                           12:18 18:20
   30:16
   30:24 31:2
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

18:21  28:17

**individually**
11:12

**individuals**
10:23
15:11  44:15

**Ingersoll**
5:14

**initial** 22:10
22:15

**inspect** 40:13

**inspections**
21:8  21:11
21:14

**Instagram**
40:24

**instance**
25:15  40:23

**instances**
24:11  24:14

**instant** 50:6

**insurance**
22:8

**intent**
34:17  35:1

**interacting**
13:7  13:13
13:15

**interfere**
26:3

**interrupt**
23:12  25:25

**intoxicating**
6:13

**introduces**
5:11

**involved**
11:19
12:10
22:22  23:9
38:16
43:11
47:16
47:20  48:12

**involvement**
47:25

**issue** 24:22
27:23  31:6

**issues** 29:10

**items** 15:4
19:6  19:10

**I've** 24:20
37:2

_____

J

**Jankowski**
5:13  5:14
10:8  10:12
13:9  18:7
18:10  24:5
24:18
24:24  25:6
25:19
25:24  26:9
26:18
27:17  28:1
28:4  28:18
30:2  30:4
30:6  30:10
30:21  31:1
32:11  33:4
33:11
33:16  34:4
34:12  35:5
35:10  36:7
36:11  37:5

37:11
37:21
38:24  39:4
39:9  39:19
40:15
41:13
41:22  43:5
44:24
48:13
48:19  49:7
49:11
49:20
49:24  50:3

**January**
13:1  13:2

**Jeremy**
12:22  15:7
15:18
20:12
35:18
35:19
35:25
44:11
44:15
44:16
46:24  47:1
47:4

**Jersey** 7:12
25:18  26:8

**Jesse** 15:7

**Joe** 15:7
20:13
20:14
20:14
20:15
23:11
23:16
23:23
23:23
44:11  44:15

**Joel** 20:17

**join** 23:24

**joined** 10:5
10:11
10:15
10:17  47:4

**judgment**
15:11

_____

K

**Kathy** 10:2
26:21  26:21

**keychains**
19:14

**Kinney** 27:3
27:3

**knowledge**
9:23  10:25
11:2  11:3
19:12
21:25  27:6
28:13
28:14  29:9
29:10
29:21
29:22  33:5
37:22
39:23
39:24
40:18  48:1
48:14  49:17

_____

L

**lapsed** 32:8

**large** 25:4

**last** 16:13
16:15
21:23
32:22  34:1

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

Case 3:22-cv-04585-MAS-TJB   Document 52-1   Filed 11/29/23   Page 63 of 69 PageID: 1910

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 64 of 70 PageID: 1667
Diane Marcks      October 2, 2023      NDT Assgn # 69078      Page 63

35:24
**late** 34:2
  36:19 36:22
**Lately** 21:19
**latest**
  43:15
  43:24 44:5
**law** 5:14 5:17
  5:18
**lawsuit** 8:4
  29:6 29:22
**lease** 12:13
  12:14
  12:16 12:19
**leave** 20:17
**leaving** 29:14
**lengthy** 24:2
**Let's** 11:25
**licensed** 32:1
  32:4
**licensure**
  32:8
**likely**
  20:10 40:3
**limited** 14:6
**line** 26:1
**lines** 19:15
  21:16 22:9
**Lisa** 47:5
  47:6
**listed** 46:4
**litigations**
  9:5 9:7
**little** 7:9
  12:7 12:8

28:14
**live** 26:3
**LLC** 12:17
  12:19 16:1
  16:4 17:17
  31:16
**local** 41:20
**location** 33:8
**locations**
  40:14
**long** 8:25
  11:15
  12:24
  20:15 48:5
**longer** 48:12
**loosely** 28:25

———— M ————

**Madison** 22:25
  23:9
**main** 42:7
  42:8 45:23
**maintain**
  37:24
**maintained**
  43:8
**managed** 47:1
**management**
  20:1 44:8
  44:9
**manager** 20:25
**managers** 15:5
  15:6 15:19
  22:18
  22:20 40:3
**Manasquan**
  7:12

**mandated** 20:4
**manner** 14:12
**manual**
  37:25 38:5
  38:18 42:18
**Marcks** 5:2
  5:9 5:22 6:1
  7:3 23:10
  24:14
  24:15
  24:22
  26:22 27:4
  28:6 30:17
  31:15
  44:21 45:2
  45:6 45:9
  45:15
  45:24
  47:25 48:2
  48:2 48:7
  48:8 49:4
  49:5 49:14
  50:1
**marks** 32:17
**markup** 18:4
  18:12
  18:18 18:25
**Maryam** 5:18
**Maryland** 9:22
  41:19
**Matthew** 5:16
**may** 41:6
**Maybe** 7:4
**mean** 23:12
  27:12 29:8
  35:9 36:2
  37:15 40:22
**media** 40:24

41:4 41:8
  46:22
  46:25 47:4
  47:7
**medication**
  6:12
**members** 24:16
**mentioned**
  15:20
**Michael** 48:10
**microphone**
  31:3
**migration**
  43:16
  43:25 44:5
**minutes**
  30:1 30:8
  48:16
**miss** 25:25
**mix** 21:4
**MONDAY** 5:4
**money** 12:1
  25:11 28:21
**monthly** 38:23
  39:14
**months** 9:1
**mother** 28:12
**mountains**
  26:3
**myself** 15:18

———— N ————

**neutered**
  18:16
**Nevarez** 10:21
  10:23 23:10

Case 3:22-cv-04585-MAS-TJB  Document 52-1  Filed 11/29/23  Page 64 of 69 PageID: 1911

Case 3:22-cv-04585-MAS-TJB  Document 50-11  Filed 11/06/23  Page 65 of 70 PageID: 1668
Diane Marcks    October 2, 2023    NBT Assgn # 69078    Page 64

23:21 27:7
27:9 27:12
47:8
**nobody** 48:17
**nod** 6:5
**noncompete**
42:21 43:3
**Noncompetitio
n** 42:16
**none** 10:1
41:17
**normal**
14:20 14:20
**nothing** 27:19
**notice**
34:17 35:1

─────── O ───────
**object**
27:18 39:4
**objection**
10:8 10:12
24:5 24:18
24:24 25:6
26:9 26:18
27:17 28:1
28:18
32:11 33:4
33:11
33:16 34:4
34:12 35:5
37:5 37:11
37:21
38:24
39:19
40:15
41:13
41:22 43:5
48:13

**objections**
26:10
**October** 5:4
5:8
**offer** 23:1
32:2 32:4
46:3
**offered**
20:3 21:17
33:3 37:10
44:21
**offering** 32:6
32:10
**offers** 45:2
**office**
14:14
22:19 36:4
42:7 42:8
44:8 44:13
44:14
**Oh** 16:12
**okay** 13:21
18:10 30:2
32:16
42:15
42:20 49:11
**onboarding**
22:7
**on-demand**
37:8
**ongoing** 9:2
9:11
**online** 38:9
38:12
40:21 40:22
**on-site** 18:17
**operating**

37:25 38:5
**operations**
12:10
**opposed** 21:15
**opted** 33:25
**option**
33:14 34:9
**order** 50:4
**orders** 50:2
**ordinary**
15:13
**organization**
20:21 20:24
**origin** 29:6
**original** 33:7
33:13
**Orn** 29:19
**Osprey** 7:13
7:15 8:5 8:9
11:8 11:10
11:15
11:20
11:22
11:25 12:5
12:9 12:12
12:17 12:19
**overall** 36:3
**owed** 28:21
28:21 28:22
**owner** 45:12
48:5
**owning** 12:9

─────── P ───────
**p.m** 48:24
49:1 50:5
**page** 43:14

43:23
**paid** 28:22
29:1 39:7
39:14
**pamphlets**
19:4 19:8
**paperwork**
36:1
**paragraph**
40:1
**paraphernalia**
19:14
**Pardon** 20:22
**Parlatore**
5:18
**participated**
22:1
**particular**
30:18
**partner** 48:11
**party** 7:6 7:7
7:20 8:3 8:6
8:9 8:16
8:17
**passed** 13:21
**passing**
13:1 21:20
**past** 17:9
37:2
**pay** 39:17
40:5
**PDF** 38:9
**people**
24:17
24:23
27:22 28:8

**NAEGELI**
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

Case 3:22-cv-04585-MAS-TJB   Document 52-1   Filed 11/29/23   Page 65 of 69 PageID: 1912

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 66 of 70 PageID: 1669
Diane Marcks     October 2, 2023     NBT Assgn # 69078     Page 65

28:16

**percent** 38:23
39:14

**period** 24:2
42:21 42:24

**periodically**
25:20

**personal**
28:10

**phrased** 34:22

**physical** 6:14
38:10
38:11 47:16

**physically**
36:2 47:17

**Pilsner** 5:17

**plaintiff**
5:15 7:16
8:23 9:11

**please** 6:4
6:19 6:24
12:8 34:6

**point** 9:11
9:25 12:6
13:25 32:5
32:9 36:8
38:16
38:17 38:19

**Police** 8:19
8:20 9:5 9:7
9:19 9:24
10:4 10:5
10:11
10:15
10:18 11:5
15:23
15:25 16:2
16:3 16:7

16:10
16:12
16:15
16:23 17:8
17:16
17:17
17:19
17:23 18:5
18:13
18:25
19:13
19:20 20:5
20:17 21:8
21:18 22:5
23:6 23:24
24:4 24:6
27:8 27:13
27:19
28:25
32:17
34:25
35:16
35:20
37:24
38:16
39:17 41:3
41:8 41:12
41:18 42:3
46:10
46:22 47:1
47:17 49:5
49:14

**poorly** 34:21

**portion** 5:16

**position**
10:20
12:25
13:22 13:24

**positions**
15:22 15:23

**possible**
6:8 6:22
34:1

**possibly** 41:5

**posts** 40:23
41:2 41:3

**prefix** 41:12

**prepare** 33:23

**presence**
46:25

**Presently**
47:24

**president**
10:19
12:24
12:25 13:4
13:19
13:23
13:24
13:25 14:3
14:6 14:7
14:10
47:10
47:13 48:3
48:7

**Prior** 11:4

**probably** 7:24
46:24

**problem** 20:10
21:6 28:11

**problems**
43:17 43:25

**process** 38:4

**produced** 36:7
36:12

**productions**
36:10

**promises**
44:21 46:2

**promotion**
42:1

**properly**
14:12

**proprietary**
32:17

**protected**
33:8

**provide** 19:20
20:7 22:5
37:3 38:9
38:10 38:10

**provided** 23:8
37:13 38:2
38:5 38:8
38:12 38:15

**provides**
38:22
44:12 44:17

**provision**
41:16 43:3

**purchase**
11:10
11:12
14:23
16:24 17:2
17:5 17:15
19:16

**purchased**
17:7 17:11
17:16
18:13
28:24 28:25

**purchasing**
7:11 15:4
18:5 19:1

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

19:6 19:10

**Pure** 29:7

---
Q
---
**qualify** 14:22
15:20

**question**
6:4 6:23
6:25 11:24
12:7 16:13
16:15 18:8
19:7 21:6
27:11
27:18 28:3
28:8 30:23
34:6 34:22
35:11 39:8
43:19
44:10
44:23
47:11 49:3
49:8

**questions**
6:20 49:19
49:21 49:21

**quick** 48:17

**quit** 29:11

**quote** 43:23

---
R
---
**Ramsey** 8:22

**ran** 13:5
14:13

**range** 18:1

**Rapsys** 9:13
28:17

**really** 27:1

**re-ask** 49:8

**reason** 25:25

**Rebecca**
25:2 25:5
25:7 25:8
25:13
25:16 26:6

**recall** 7:22
7:23 7:25
8:11

**receive** 33:2

**received**
22:10
34:25 36:10

**receiving**
24:12

**Recess**
30:13
31:11 48:24

**record** 5:7
5:12 6:19
6:22 30:11
30:14 31:6
31:9 31:12
34:25
48:22 48:25

**reference**
33:1

**refuse** 28:2

**refused** 25:10

**regular** 21:1

**regularly**
39:7 39:14

**related** 20:12

**relationship**
27:8

**relevant** 28:8

**relying** 15:10

**remains** 14:6

**remind** 6:1

**removed** 48:4

**renew** 33:15
34:10
34:18 35:1

**renewing** 32:9

**repaid** 28:23

**repeat** 19:7
25:19 34:6
39:9 43:20
43:21

**rephrase** 6:25

**reporter** 5:20
6:19 50:1

**reporters** 6:6

**represent**
5:12

**request** 19:11
19:24 20:4
20:8 21:16
39:17

**requested**
37:15 38:7

**requesting**
17:21

**requests**
19:17 37:19

**require**
37:3 37:18

**required**
11:22 12:2
34:16

**requirement**
34:20

**requires**

39:16

**reserved**
16:24 17:1
17:15

**resolved** 9:25

**respect** 42:7

**responding**
6:4

**response**
21:21

**responsibilit
ies** 13:3
14:10
14:14
20:20
20:23 47:9
47:12

**responsible**
15:3

**retired** 20:18
23:19 27:12

**returned**
25:10

**review**
33:19
33:22 48:17

**Richard** 45:9

**role** 10:17
12:5 14:5

**Rooney** 5:14

**run** 14:12
42:8

**running**
11:5 11:19
14:7 22:15

**runs** 12:12

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 68 of 70 PageID: 1671

```
                S
sale 46:4
sales 23:20
scroll 48:18
second 7:8
  7:19 29:24
  31:7
section 33:13
  36:24
  39:16
  41:10
  41:24
  41:25
  42:11
  42:13
  42:15 42:17
sections 33:8
sell 17:23
seminar 21:17
  21:23
send 25:9
  50:3
sense 36:3
sent 49:5
  49:14
separate
  46:12
  46:15 46:18
series 22:5
seriously
  28:4 28:5
service
  16:4 20:3
  20:25
  40:20 46:2
services 19:9
```

```
  20:7
shake 6:6
share 41:3
shift 29:24
  30:1
shutdown
  21:20
signed
  12:18
  31:19
  31:21
  35:16 36:19
significantly
  22:2
silent 48:11
sister 27:10
site 40:24
sitting 33:20
  48:17
situation
  19:25 20:9
  20:11
six 9:1
slip 7:24 8:4
slowly 6:2
social
  40:24 41:4
  41:8 46:22
  46:25 47:3
  47:7
sold 11:17
  18:2 18:6
  18:14
  18:23 19:1
  25:8
solvent 14:12
```

```
someone 12:14
  22:12
  26:22 41:7
sometime
  35:24
somewhat 24:3
son 14:1
son's 14:2
sorry 13:9
  18:9 20:15
  23:12
  25:20
  25:21
  25:25
  35:10
  42:11
  45:20 48:7
  49:7 49:10
sort 19:13
sound 45:18
spaded 18:16
speak 6:2
  6:18
speaking
  18:24
  27:13
  27:16 27:24
specific 12:8
  42:21 46:21
specifically
  42:9
spend 11:25
stage 38:4
standard 12:1
  18:18
  40:11 40:12
staring 48:18
```

```
start 22:13
  35:19
state 5:12
states 43:14
stay 31:2
stop 27:13
  27:16 27:24
story 25:12
stuff 41:6
substances
  6:13
sue 27:3 27:3
  27:5
sued 26:23
suffix 41:12
suing 9:17
  25:5
suit 8:6
  8:7 8:9
  28:20
  29:20 29:20
suits 8:20
  9:10 9:19
  9:24 10:6
  10:11
supplies
  18:22 46:18
support
  14:4 23:2
sure 11:25
  12:9 13:12
  19:8 25:23
  31:2 33:17
  34:8 35:15
  38:13
swear 5:21
```

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

Case 3:22-cv-04585-MAS-TJB   Document 52-1   Filed 11/29/23   Page 68 of 69 PageID: 1915

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 69 of 70 PageID: 1672
Diane Marcks     October 2, 2023     NBT Assgn # 69078     Page 68

**Swervel** 20:10
**Swickard** 9:18
  29:5 29:13
**Swirbel**
  15:8 40:4
**sworn** 5:22

---
T
---
**Tac** 45:18
  45:20
  45:23 45:24
**T-A-C** 45:24
**taking** 6:12
  50:5
**talking** 23:18
  24:20
**Tap** 45:19
  45:20
  45:22 45:23
**template** 22:6
**ten** 30:9
  48:20
**term** 28:24
  29:11
  31:23 34:2
  34:9
**Termination**
  42:12
**terms** 15:9
  15:11
  33:15 34:1
  34:10 40:19
**territory**
  33:8
**testified**
  5:23
**testify** 6:15

**testimony**
  26:5 27:21
  28:6
**text** 26:13
  26:16 44:12
**Thank** 30:6
  49:3 49:23
  49:24 50:4
**Thanks** 49:11
**there's** 15:12
  29:21 46:21
**they're** 19:24
  22:6
**they've** 37:15
**thief** 25:7
**third** 8:2
  9:14 9:15
  36:24
**till** 13:1
  21:7
**timeframe**
  23:17
**tip** 45:17
**today** 6:15
**tongue** 45:17
**top** 32:19
**topics** 29:24
**trademark**
  32:22
**trademarked**
  32:17
**train** 20:2
  23:20
**trained** 45:13
  45:24
**training**

18:17
18:19
19:19
19:20
19:23 20:7
21:15
22:11
22:16
22:22 23:8
33:2 33:3
37:4 37:8
37:9 37:12
37:19
44:21 45:2
46:12
46:15
47:20 49:6
49:15
**transcript**
  50:2
**treated** 18:16
**treatments**
  18:19
**trucks** 14:23
**truthfully**
  6:15
**try** 6:18 6:24
**turn** 30:17
**type** 23:8

---
U
---
**uh-huh** 6:7
**um-hum** 6:7
**unclear** 27:11
**understand**
  6:10 6:24
  6:25 11:24
  19:25

**understanding**
  36:11
**undertake**
  11:23
**undertook**
  13:19
**uniform**
  19:1 40:8
  40:11
  40:12 40:19
**uniforms**
  18:24 19:1
  40:9
**upon** 15:10
**utilize** 41:3

---
V
---
**Vague** 13:5
**valid** 29:16
  35:3
**varies**
  16:18
  17:25 20:13
**various** 32:19
**versus** 5:10
**vice** 10:19
  12:24
  12:25 13:4
  13:19
  13:24
  13:25 14:2
  14:6 47:10
  47:13
**Vid** 9:13
  28:17 28:24
**VIDEOGRAPHER**
  5:7 5:20
  30:11

**NAEGELI**
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

Case 3:22-cv-04585-MAS-TJB   Document 50-11   Filed 11/06/23   Page 70 of 70 PageID: 1673

Diane Marcks     October 2, 2023     NDT Assgn # 69078     Page 69

30:14 31:4
31:9 31:12
48:22
48:25 49:25
**videos** 25:9
**virginia** 32:2
41:19
**visited** 21:13
**VP** 11:4

_____
W
**Warren** 9:22
**wasn't** 45:10
**wearing** 40:19
**website**
43:8 43:9
43:12
43:23
44:12
44:18
44:20 45:1
45:5 46:1
**we'll** 6:22
30:6
**we're** 16:16
46:8
**we've** 18:2
36:7 36:10
**whatever**
25:25 46:25
**Whereupon**
50:5
**whether** 19:23
32:21
34:15
34:24
42:20 49:4

**whom** 5:12
12:16
**who's** 14:7
14:15
**wind** 25:4
**wishing** 33:1
**witness**
5:21 7:6
7:20 8:3 8:6
8:8 8:16
10:13 24:6
24:19
24:25 25:7
26:11
26:19
27:18 28:2
28:9 30:3
30:5 32:12
33:5 33:17
34:5 34:13
35:6 37:6
37:12
37:22
38:25
39:20
40:16
41:14 43:6
48:14
**wondering**
31:5
**work** 47:16
47:23
**working** 16:20
16:21 17:4
17:14 35:19
**worms** 18:16
**written**
19:8 34:17
35:1

_____
Y
**yet** 9:23
29:21 29:22
**younger** 48:2
**yourself** 26:6
47:23
**yourselves**
5:11
**you've** 10:6
37:9 47:15

NAEGELI
DEPOSITION & TRIAL     (800)528-3335
NAEGELIUSA.COM