

**Jacqueline M. Weyand**
Jacqueline.weyand@bipc.com

550 Broad Street, Suite 810
Newark, NJ  07102-4582
T 973 273 9800
F 973 273 9430

July 17, 2024

**VIA CM/ECF**
Honorable Michael A. Shipp, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      **Re:**    ***GPI, LLC v. Rapsys Incorporated, et al.***
             **Case No. 3:22-cv-04585-MAS-TJB**

Dear Judge Shipp:

      This firm represents Plaintiff GPI, LLC ("GPI") in this matter. As you are aware, on March 18, 2024, this matter was stayed due to the Defendant Rapsys Incorporated d/b/a Geese Police of Naperville's ("Defendant") Chapter 11 bankruptcy filing in the United States Bankruptcy Court for the Northern District of Illinois. (Dkt. 58).

      I write to advise that on July 17, 2024, the Honorable David D. Cleary, United States Bankruptcy Judge for the Northern District of Illinois, issued an Order modifying the automatic stay so as not to restrain the parties from proceeding specifically with respect to this matter. A copy of Judge Cleary's Order is enclosed herein.

      Accordingly, GPI respectfully requests that this case be reopened. GPI further requests that the Motion for a Preliminary Injunction, (Dkt. 5), and the Motion for a Permanent Injunction, (Dkt. 43), be restored to the active motion calendar.

      We greatly appreciate the Court's attention to this matter, and as always, please let us know if you would need any further information.

                                       Respectfully submitted,

                                       /s/Jacqueline M. Weyand
                                     Jacqueline M. Weyand

cc:    All Counsel of Record
       (via CM/ECF only)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 24-03481 |
| Rapsys, Inc. | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order For Relief from the Automatic Stay**

This matter coming for hearing on the motion of GPI LLC for relief from the automatic stay, the Court having the power and authority over the parties and the subject matter, and for the reasons set forth on the record;

IT IS HEREBY ORDERED: 1. that the Motion is GRANTED, and 2) the automatic stay is modified so as not to restrain the parties from proceeding as to (A) the arbitration proceeding captioned GPI, LLC vs. Rapsys Incorporated, et al., Ref. No. 5425001036 now pending before JAMS and Arbitrator Lisa Love; and (B) the civil action captioned GPI, LLC v. Rapsys Incorporated, et al., Case No. 3:22-cv-04585-MAS-TJB now pending in the U.S. District Court for the District of New Jersey.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: July 17, 2024

**Prepared by:**